# UNITED STATES DISTRICT COURT

## For the Western District of Wisconsin

### File No.: 07-C-0190-C

--------------------------------------------------------------------

Bruce Severance,

       Plaintiff,

vs.

Michael Wilson and Signature Transport, Inc.,
  An Illinois Corporation

       Defendants.

--------------------------------------------------------------------

## Motion to Compel Reimbursement of Copying Charges

Plaintiff Bruce Severance, through his undersigned attorney moves the Court for an order compelling Defense Counsel and Defendants to pay copy charges of $2074.86 to Steven E. Antolak for copies of the documents disclosed pursuant to Fed. R. Civ. Proc 26 as agreed by counsel for the parties.

This motion is based on the affidavit of Steven E. Antolak filed herewith and the arguments of counsel.

Dated: December 7, 2007

**ANTOLAK LAW OFFICE**

By _____

  Steven E. Antolak
PO Box 43664
4617 Marigold Avenue
Brooklyn Park, MN 55443
Telephone: (763) 493-5631
Facsimile: (763) 493-2766
Email: steven.antolak@antolak.com
Attorney for Plaintiff Bruce Severance